UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- x
                                                         :
ANA JESSICA DEJESUS, on behalf of herself                :
and all others similarly situated,                       :
                                                         :   Case No. 17-cv-07054(LTS)(SN)
                          Plaintiff,                     :
                                                         :
     - against -                                         :
                                                         :
METROPOLITAN TRANSPORTATION                              :
AUTHORITY, and NEW YORK CITY                             :
TRANSIT AUTHORITY,                                       :
                                                         :
                          Defendants.                    :
-------------------------------------------------------- X
```

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Metropolitan Transportation Authority and New York City Transit Authority (collectively "defendants"), by and through their undersigned counsel, hereby move this Court for an order granting defendants' Motion to Dismiss Plaintiff's First Amended Complaint in the above-referenced matter pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).  This motion is based on the accompanying Memorandum of Law and all the pleadings, papers, and proceedings herein.

Pursuant to Rule A(2)(b) of the Individual Practices of Judge Laura Taylor Swain, defendants certify that they have used their best efforts to resolve informally the matters raised in this motion.  Defendants further state that plaintiff's complaint has been amended in response to arguments raised by defendants in support of this motion.  As set forth in the accompanying Memorandum of Law, the amended complaint remains legally insufficient.

Dated: Brooklyn, New York
April 13, 2018

                                                  Respectfully submitted,

**JAMES B. HENLY**
General Counsel
New York City Transit Authority

By:    <u>*James L. Kerwin*</u>
          **JAMES L. KERWIN**
          Executive Agency Counsel

130 Livingston Street, 12th Floor
Brooklyn, New York 11201
(718) 694-3989
james.kerwin@nyct.com

*Attorneys for Defendants*

NEW YORK CITY TRANSIT AUTHORITY

*and*

METROPOLITAN TRANSPORTATION AUTHORITY