**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANA JESSICA DEJESUS, on behalf of herself
And all other similarly situated,
                        Plaintiff,

            -against-

METROPOLITAN TRANSPORTATION
AUTHORITY, and NEW YORK CITY
TRANSIT AUTHORITY,
                        Defendants.
-------------------------------------------------------------X

17 **CIVIL** 7054 (LTS) (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Memorandum Opinion and Order dated March 6, 2019,

Defendants' motion to dismiss the First Amended Complaint is granted, and Plaintiff's claims

under the Americans with Disabilities Act and the Rehabilitation Act are dismissed; to the extent

that Plaintiff asserts state and city law claims, the Court finds no basis for the exercise of CAFA

jurisdiction and declines, pursuant to 28 U.S.C.§ 1376(c), to exercise supplemental jurisdiction

of those claims, which therefore are also dismissed; accordingly, this case is closed.


**Dated:**  New York, New York
       March 11, 2019


                                    **RUBY J. KRAJICK**
                                    _____
                                        **Clerk of Court**
                            **BY:**
                                    _____
                                        **Deputy Clerk**


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____